**SheppardMullin**

Sheppard, Mullin, Richter & Hampton LLP
30 Rockefeller Plaza
New York, New York 10112-0015
212.653.8700 main
212.653.8701 fax
www.sheppardmullin.com

212.634.3059 direct
bmurphy@sheppardmullin.com

June 10, 2022

**VIA ECF**

The Honorable Denise L. Cote
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *Smith v. GLAAD, Inc.*, No. 22-CV-4389

Dear Judge Cote:

We represent Defendant GLAAD, Inc. ("Defendant") in the above-referenced matter. We write with the consent of Counsel to Plaintiff to request that Defendant's time to respond to, answer or otherwise move against the Complaint be set as July 29, 2022. Defendant waived service of the Complaint and this time is necessary for Defendant to investigate this matter and develop its response to the Complaint.

Pursuant to Your Honor's Individual Rules of Practice, Defendant states that there have been no previous requests for an adjournment concerning this matter and no other dates are scheduled, or will be affected, if the Court grants this request.

We thank Your Honor for the Court's consideration of this request.

Respectfully submitted,

/s/ Brian D. Murphy

Brian D. Murphy
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

cc:   All Counsel of Record
SMRH:4838-4978-3538.1

Granted.
Denise Cote
6/10/22