# SheppardMullin

Sheppard, Mullin, Richter & Hampton LLP
30 Rockefeller Plaza
New York, New York 10112-0015
212.653.8700 main
212.653.8701 fax
www.sheppardmullin.com

212.634.3059 direct
bmurphy@sheppardmullin.com

April 6, 2023

<u>VIA ECF</u>

Honorable Katharine H. Parker
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/07/2023

**MEMO ENDORSED**

Re:   *Smith v. GLAAD, Inc.*, No. 22-CV-4389

Dear Judge Parker:

We represent Defendant GLAAD, Inc. ("Defendant") in the above-referenced matter. We write together with Counsel for Plaintiff to request an adjournment of the Settlement Conference scheduled for April 13, 2023 at 10:00 a.m. to a time convenient for the Court on May 17, 18 or 23. This is the Parties' second request for an adjournment of the Settlement Conference.

The Parties have been working diligently and cooperatively with one another to comply with all deadlines, but in light of scheduling conflicts, had to reschedule several depositions. An adjournment of the Settlement Conference will allow the Parties to complete these depositions, which will permit them to participate in a more informed and hopefully effective Settlement Conference before Your Honor. Fact discovery is scheduled to close on May 2, 2023 with summary judgment motions due on May 23, 2023. The Parties will make an application for an extension of these deadlines to Judge Cote.

We thank the Court for its attention to this matter. Should Your Honor have any questions, please do not hesitate to contact us.

Respectfully submitted,

/s/ Brian D. Murphy

Brian D. Murphy
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

cc:   All Counsel of Record

SMRH:4869-4664-9692.1

**APPLICATION GRANTED:** The Settlement Conference in this matter scheduled for Thursday, April 13, 2023 at 10:00 a.m. in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York. is hereby rescheduled to <u>Thursday, July 13, 2023 at 10:00 a.m.</u> Parties must attend in-person with their counsel. Corporate parties must send the person with decision making authority to settle the matter to the conference. The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with the Judge Parker's Individual Rules of Practice. Pre-conference submissions must be received by the Court no later than <u>July 6, 2023 by 5:00 p.m.</u>

APPLICATION GRANTED

*Katharine H. Parker*

Hon. Katharine H. Parker, U.S.M.J.

*04/07/2023*