# MENKEN SIMPSON & ROZGER LLP

80 PINE STREET, 33RD FLOOR
NEW YORK, NEW YORK 10005

TELEPHONE: (212) 509-1616
FACSIMILE: (212) 509-8088
WWW.NYEMPLOYEELAW.COM

BRUCE E. MENKEN
SCOTT SIMPSON
JASON J. ROZGER [△]
BRENNA RABINOWITZ
RAYA F. SAKSOUK

[△] ALSO ADMITTED NJ

ALAN SERRINS
OF COUNSEL

May 30, 2023

BY ECF ONLY

The Honorable Denise L. Cote
U.S. District Judge
U.S. District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

RE: *Carole Smith v. GLAAD, Inc.*, 22 Civ. 4389 (DLC)

> The parties may extend fact discovery on consent. Any motion for summary judgment remains due on 8/14/23.
>
> /s/ Denise Cote
> 5/31/23

Dear Judge Cote:

  This firm represents the Plaintiff, Carole Smith, in the above matter and I write together with counsel for Defendant to request an extension of the discovery and summary judgment motion deadlines. This is the parties' third request for such an extension. The parties understand that the Court may be reluctant to grant this request, but respectfully believe that under the particular circumstances here it is appropriate and necessary that this be granted.

  The parties have completed document discovery and four depositions. They have also participated in a mediation and plan on attending the settlement conference before Magistrate Judge Katherine H. Parker scheduled for July 13, 2023.

  Depositions completed in April caused the parties to identify additional discovery and the Plaintiff seeks to conduct one 90 minute remote deposition. The additional document discovery will be completed by the current June 1, 2023 deadline but the short deposition will not. Defendant is considering filing a 2-3 page letter motion opposing the deposition and several of Plaintiff's interrogatories served on April 24, 2023, which it will file today or tomorrow.

Based on the above, the parties seek: (1) a 15 day extension of the fact discovery deadline from June 1 to June 16, 2023; (2) retention of the July 13, 2023 settlement conference with Magistrate Judge Parker; and, (3) 30 day extensions of the deadlines for the motion, opposition and reply for summary judgment.

Respectfully submitted,

Bruce E. Menken

BEM:os

cc: All Counsel by ECF