```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------  X
                                          :   22cv4389 (DLC)
CAROLE SMITH,                             :
                                          :         ORDER
                              Plaintiff,  :
                  -v-                     :
GLAAD, INC.                               :
                                          :
                              Defendant.  :
                                          :
----------------------------------------  X
```

DENISE COTE, District Judge:

A telephone conference was held in this case on June 1, 2023 at 3:00 p.m. As set forth on the record at the conference, it is hereby

ORDERED that, by July 21, 2023, the defendant shall inform the Court by letter as to whether it intends to bring a motion for summary judgment.

Dated:    New York, New York
          June 1, 2023

                                        _____
                                               DENISE COTE
                                        United States District Judge